# BARCLAY DAMON LLP

**J.J. Pelligra**
*Associate*

March 14, 2024

**VIA CM/ECF**

Hon. Brenda K. Sannes
U.S. District Court for the Northern District of New York
Federal Building and U.S. Courthouse
100 South Clinton Street
P.O. Box 7336
Syracuse, New York  13261-7336

    Re:    <u>St. Joseph's Hospital Health Center v. American Anesthesiology of Syracuse P.C., et al.</u>
                Case No. 5:24-cv-276
                Letter Request for an Expansion of the Page Limit for Reply Submissions

Dear Judge Sannes:

    We represent the Defendants in the above referenced matter.  Given the complexities of this case, the subject matter of Defendants' Order to Show Cause, and the numerous arguments raised in Plaintiffs' response, Defendants respectfully request a short expansion of the ten (10) page limit for reply submissions under Local Rule 7.1 to fifteen (15) pages. We have reached out to Plaintiff's counsel but we have not yet heard whether they will assent.

    Please do not hesitate to contact us if you have any questions.  We appreciate the Court's time and consideration to this request.

                                                             Respectfully submitted,

                                                             J.J. Pelligra

cc:    All counsel of record via CM/ECF.

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
jpelligra@barclaydamon.com  Direct: (315) 425-2773  Fax: (315) 425-8551

27905270.1