IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. JOSEPH'S HOSPITAL HEALTH CENTER, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> AMERICAN ANESTHESIOLOGY OF SYRACUSE, P.C., AMERICAN ANESTHESIOLOGY, INC., NMSC II, LLC and NORTH AMERICAN PARTNERS IN ANESTHESIA, L.L.P., <br><br> Defendants/Counterclaim-Plaintiffs. | Civil Action No. 5:24-cv-276 (BKS/ML) |

### **JOINT STATUS REPORT**

Pursuant to the Court's Order (ECF No. 112), the parties, through their counsel, submit the following status report:

1. The parties engaged in efforts to resolve their disputes regarding invoice payments in the months prior to the filing of the present motion.

2. Defendants' counsel did not provide Plaintiff's counsel with a draft of the proposed supplement before submitting the motion. Defendants' counsel apologizes to the Court for misreading the local rules as they believed that a conference was not required for this type of motion.

3. On June 9, 2025, Defendants' counsel contacted Plaintiff's counsel to seek consent for filing the supplement.

1

59335052.2

4. On June 11, 2025, Plaintiff's counsel informed Defendants' counsel that Plaintiff intends to pay the invoice in full.

5. As a result, the Supplemental Claim is now unnecessary, and Defendants hereby withdraw their motion for leave.

Dated: June 13, 2025

*s/Jennifer Lada*
Jennifer Lada, Esq.
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
New York, NY 10019
Phone 212.513.3513
Jennifer.lada@hklaw.com

*Attorneys for Defendants/Counter-Plaintiffs*

*s/David A. Ettinger(with permission)*
David A. Ettinger, Esq. (admitted *pro hac*)
Benjamin VanderWerp, Esq. (admitted *pro hac*)
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7368 (p)
(313) 465-7369 (f)
dettinger@honigman.com
bvanderwerp@honigman.com

*Attorneys for Plaintiff/Counterclaim-Defendant*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          */s/ Jennifer Lada*
                                          Jennifer Lada

59335052.2