**HONIGMAN**

David A. Ettinger
Office: 313.465.7368
Mobile: 313.690.7767
dettinger@honigman.com

October 21, 2025

Hon. Brenda K. Sannes  
Chief U.S. District Judge  
Federal Building and U.S. Courthouse  
P.O. Box 7336  
Syracuse, NY 13261

Hon. Miroslav Lovric  
U.S. Magistrate  
Federal Building and U.S. Courthouse  
15 Henry Street  
Binghamton, NY 13901

Re: *St. Joseph's Hospital Health Center v. American Anesthesiology of Syracuse, P.C., et al.*, Case No. 24-cv-276

Dear Chief Judge Sannes & Magistrate Judge Lovric,

    Plaintiff and Defendants, through their respective undersigned counsel, jointly request that the Court temporarily stay the current deadlines in this action. The parties have reached an agreement in principle to amicably resolve the claims and counterclaims in this lawsuit, subject to the negotiation of final settlement documents, and are in the process of negotiating and preparing a written settlement agreement. The requested stay is intended to facilitate this process without prejudicing the parties. Because the contemplated resolution also involves three other actions, and likely over 90 parties in total, this process may take some time to be completed.

    The parties do not view this correspondence notifying of a potential settlement as triggering Local Rules 41.3 or 68.1. It is our current intention that, if a written settlement agreement is executed, the parties will promptly thereafter file a joint stipulation and proposed order providing for this action's dismissal with prejudice.

    Should the Court be inclined to grant the requested stay, proposed order lines are provided below. The parties thank the Court for its consideration, and would be happy to provide an update within 30 days.

Very truly yours,

HONIGMAN LLP  
*Counsel for Plaintiff*

/s/ David A. Ettinger  
David A. Ettinger

HOLLAND & KNIGHT LLP  
*Counsel for Defendants*

**HONIGMAN**

Hon. Brenda K. Sannes & Hon. Miroslav Lovric
October 21, 2025
Page 2

/s/ Stephen C. Rasch (with permission)
Stephen C. Rasch

**IT IS HEREBY ORDERED** that the current deadlines in this action are temporarily stayed to facilitate the parties' further efforts to effectuate a settlement; and

**IT IS HEREBY FURTHER ORDERED** that the parties shall provide the Court with a written update within _____ days.

Dated: _____, 2025

_____
Hon.