IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. JOSEPH'S HOSPITAL HEALTH CENTER,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>AMERICAN ANESTHESIOLOGY OF SYRACUSE, P.C., AMERICAN ANESTHESIOLOGY, INC., NMSC II, LLC and NORTH AMERICAN PARTNERS IN ANESTHESIA, L.L.P.,<br><br>    Defendants/Counterclaim-Plaintiffs. | Civil Action No. 5:24-cv-276 (BKS/ML) |

## JOINT STATUS REPORT

The parties hereto, by and through their counsel, provide the following status report pursuant to Chief Judge Sannes' Text Order (ECF No. 163):

The parties have reached agreement on the text of their settlement agreements, and will be circulating them for signatures. Because signatures are required by more than 90 different parties and some of them are no longer employed by any of the hospitals, obtaining all these signatures may take some time. The parties believe that they will be able to complete this exercise within 60 days, and will try to do so more rapidly if possible.

Dated: December 19, 2025          *s/John Queenan (w/permission)*

63260875.3

|  |  |
|---|---|
|  | John Queenan (Bar Roll No.513003)<br>Rivkin Radler LLP<br>66 S. Pearl Street, 11th floor<br>Albany, NY 12207<br>(518) 641-7071 (p)<br>(518) 462-4199 (f)<br>john.queenan@rivkin.com<br><br>*s/David A. Ettinger*<br>David A. Ettinger (P26537) (admitted *pro hac*)<br>Benjamin VanderWerp (P84614) (admitted *pro hac*)<br>Honigman LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>(313) 465-7368 (p)<br>(313) 465-7369 (f)<br>dettinger@honigman.com<br>bvanderwerp@honigman.com<br><br>*Attorneys for Plaintiff/Counterclaim-Defendant* |
| Dated: December 19, 2025 | *s/Jennifer Lada (w/permission)*<br>Jennifer Lada, Esq.<br>Florida Bar No. 119247<br>Scott O'Connell (MA Bar No. 559669) (admitted pro hac vice)<br>Marc Antonecchia (NY Bar No. 3973153) (admitted pro hac vice)<br>Holland & Knight LLP<br>787 Seventh Avenue, 31st Floor<br>New York, NY 10019<br>Jennifer.lada@hklaw.com<br>Scott.OConnell@hklaw.com<br>Marc.Antonecchia@hklaw.com<br><br>Stephen Rasch (admitted pro hac vice)<br>Holland & Knight, LLP<br>One Arts Plaza<br>1722 Routh Street<br>Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 969-1465<br>Stephen.Rasch@hklaw.com |

2

3

                                                                  _____
*Attorneys for Defendants*

63260875.3

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>                    */s/ David A. Ettinger*
>                    David A. Ettinger

63260875.3